Case:18-05704-MCF11 Doc#:49-5 Filed:02/19/19 Entered:02/19/19 11:05:34 Desc:
Exhibit Exhibit D - Payments Under Reorganization Plan   Page 1 of 2

EXHIBIT D
(1 OF 2)

### 4J CUSTOM DESIGN, INC. - CHAPTER 11, 18-05704 MCF
### PAYMENTS UNDER REORGANIZATION PLAN

| | CREDITORS | CLAIM NO. | CLAIM CLASS | PLAN CLASS | MONTHLY PAYMENT | CLAIM AMOUNT TO BE PAID | YR 1 2019 | YEAR 2 2020 | YEAR 3 2021 | YEAR 4 2022 | YEAR 5 2023 | YEAR 6 2024 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | *Administrative Expenses* | | | | | | | | | | | | |
| 1 | US Trustee Office fees (estimated) | Est. | Adm. | 1 | N/A | 975.00 | 975.00 | | | | | | 975.00 |
| 2 | Attorney fees, Jaime Rodríguez Law Office, PSC | Est. | Adm. | 1 | N/A | 10,000.00 | 10,000.00 | | | | | | 10,000.00 |
| 3 | Accountant fees | Est. | Adm. | 1 | N/A | 2,000.00 | 2,000.00 | | | | | | 2,000.00 |
| | Sub Total | | | | | 12,975.00 | 12,975.00 | | | | | | 12,975.00 |
| 4 | *General Unsecured Creditors - Special Class (Less than $1,000.00 claim)* | | | | | | | | | | | | |
| | Debtor will pay 50% of claim within 12 months counting from the effective date | | | | | | | | | | | | |
| | (Expected effective date May 2019 or 60 days after plan confirmation date Order, No interest will be paid.) | | | | | | | | | | | | |
| a | CRIM ($805.97/2 = $402.99) | 2 | Special Class | 2 | 33.58 | $ 402.99 | $ 268.64 | $ 134.35 | | | | | 402.99 |
| b | BANCO POPULAR DE PUERTO RICO - SPECIAL LOANS ($497.00/2 = $248.50) | 3 | Special Class | 2 | 20.70 | $ 248.50 | $ 165.60 | $ 82.90 | | | | | 248.50 |
| c | CLARO ($632.32/2 = $316.16) | 4 | Special Class | 2 | 26.34 | $ 316.16 | $ 210.72 | $ 105.44 | | | | | 316.16 |
| d | QUALITY WATER SERVICE ($475.52/2 = $237.76) | none | Special Class | 2 | 19.81 | $ 237.76 | $ 158.48 | $ 79.28 | | | | | 237.76 |
| | Sub Total | | | | 100.43 | 1,205.41 | 534.80 | 267.62 | | | | | 1,205.41 |
| 5 | *General Unsecured Creditors* | | | | | | | | | | | | |
| | $10,000.00 of general unsecured claims at 4% interest, at pro-rata distribution during 60 months period, counting from the effective date. | | | | | | | | | | | | |
| | Total: $10,000.00 + $1,049.91 = $11,049.91 (Expected effective date May 2019 or 60 days after plan confirmation date Order.) | | | | | | | | | | | | |
| e | CARLOS CORREA CRUZADO | 1 | Gen. Unsec. | 3 | 69.94 | 4,196.31 | 489.57 | 839.26 | 839.26 | 839.26 | 839.26 | 349.69 | 4,196.31 |
| f | PUERTO RICO DEPARTMENT OF TREASURY | 5 | Gen. Unsec. | 3 | 9.82 | 589.17 | 68.74 | 117.83 | 117.83 | 117.83 | 117.83 | 49.10 | 589.17 |
| g | ARTURO R. ROMERO LÓPEZ | 6 | Gen. Unsec. | 3 | 32.71 | 1,962.62 | 228.97 | 392.52 | 392.52 | 392.52 | 392.52 | 163.55 | 1,962.62 |
| h | YESENIA RODRÍGUEZ BERRÍOS | 7 | Gen. Unsec. | 3 | 38.14 | 2,288.26 | 266.96 | 457.65 | 457.65 | 457.65 | 457.65 | 190.69 | 2,288.26 |
| i | CROWLEY PUERTO RICO SERVICES, INC. | none | Gen. Unsec. | 3 | 6.57 | 394.16 | 45.99 | 78.83 | 78.83 | 78.83 | 78.83 | 32.85 | 394.16 |
| j | ON LOCATION CUISINE CORP | none | Gen. Unsec. | 3 | 26.99 | 1,619.38 | 188.93 | 323.88 | 323.88 | 323.88 | 323.88 | 134.95 | 1,619.38 |
| | Sub Total | | | | 184.17 | 11,049.91 | 1,289.16 | 2,209.98 | 2,209.98 | 2,209.98 | 2,209.98 | 920.83 | 11,049.91 |
| | Total Amount | | | | 284.60 | | | | | | | | 25,230.32 |

Case:18-05704-MCF11  Doc#:49-5  Filed:02/19/19  Entered:02/19/19 11:05:34  Desc:
Exhibit Exhibit D - Payments Under Reorganization Plan   Page 2 of 2

EXHIBIT D
(2 OF 2)

### 4J CUSTOM DESIGN, INC. - CHAPTER 11, 18-05704 MCF
### PAYMENTS UNDER REORGANIZATION PLAN
### CLASS 3 GENERAL UNSECURED CREDITORS - DISTRIBUTION RATIO

| | Unsecured-non priority claimholders, $10,000.00, 60 months @ 4% int. | class | Claim # | Claim | % dist. | CLASS DIST. 11,049.91 | Monthly | 60 - MONTHS Period |
|---|---|---|---|---|---|---|---|---|
| 1 | CARLOS CORREA CRUZADO | 3 | 1 | 29,800.00 | 37.98% | 4,196.31 | 69.94 | 4,196.31 |
| 2 | PUERTO RICO DEPARTMENT OF TREASURY | 3 | 5 | 4,184.00 | 5.33% | 589.17 | 9.82 | 589.17 |
| 3 | ARTURO R. ROMERO LÓPEZ | 3 | 6 | 13,937.50 | 17.76% | 1,962.62 | 32.71 | 1,962.62 |
| 4 | YESENIA RODRÍGUEZ BERRÍOS | 3 | 7 | 16,250.00 | 20.71% | 2,288.26 | 38.14 | 2,288.26 |
| 5 | CROWLEY PUERTO RICO SERVICES, INC. | 3 | none | 2,799.10 | 3.57% | 394.16 | 6.57 | 394.16 |
| 6 | ON LOCATION CUISINE CORP | 3 | none | 11,500.00 | 14.66% | 1,619.38 | 26.99 | 1,619.38 |
| | | | | 78,470.60 | 1.00 | 11,049.91 | 184.17 | 11,049.91 |

Note 2: The bar date for general unsecured non-priority claims was February 4, 2019.